# EXHIBIT A

| Exhibit | Title | Copyright Registration Number | Plaintiff Group |
|---|---|---|---|
| 1 | (Sittin' On) The Dock Of The Bay | EU33492 | SMP |
| 2 | 26 Miles | RE0000239358 | SMP |
| 3 | A Day In The Life | RE0000702066 | SMP |
| 4 | A Hard Day's Night | EF29204 | SMP |
| 5 | Across The Universe | RE0000770921 | SMP |
| 6 | Act Naturally | EP276684 | SMP |
| 7 | AIN'T NO MOUNTAIN HIGH ENOUGH | RE0000696707 | SMP |
| 8 | All Around The World | PA0001834754 | SMP |
| 9 | All I What Is Everything | PA0000705353 | SMP |
| 10 | All I've Got To Do | EP189314 | SMP |
| 11 | All My Loving | EP190042 | SMP |
| 12 | All Together Now | RE0000737548 | SMP |
| 13 | All You Need Is Love | RE0000702076 | SMP |
| 14 | Along Came Jones | RE0000319453 | SMP |
| 15 | Always On My Mind | RE0000795500 | SMP |
| 16 | An Affair To Remember (Our Love Affair) | RE0000240382 | SMP |
| 17 | And I Love Her | EF29400 | SMP |
| 18 | And When I Die | EU940878 | SMP |
| 19 | And Your Bird Can Sing | EU941268 | SMP |
| 20 | Another Girl | EU888893 | SMP |
| 21 | Anti-Hero | PA0002390184 | SMP |
| 22 | Anytime At All | EF29401 | SMP |
| 23 | Apologize | PA0001708388 | SMP |
| 24 | As Long As You Love Me | PA0001834758 | SMP |
| 25 | At Last | EP105826 | SMP |
| 26 | Baby I Need Your Lovin' | EP189715 | SMP |
| 27 | Baby Love | RE0000601653 | SMP |
| 28 | Baby You're A Rich Man | RE0000702077 | SMP |
| 29 | Baby, It's You | EU695394 | SMP |
| 30 | Baby's In Black | RE0000594958 | SMP |
| 31 | Back In The U.S.S.R. | EFO132183 | SMP |
| 32 | BACK ON THE CHAIN GANG | PA0000156133 | SMP |
| 33 | Bad Medicine | PA0000417671 | SMP |
| 34 | Barbara Ann | EU566105 | SMP |
| 35 | Beat It | PAu000456334 | SMP |
| 36 | BEAUTY AND A BEAT | PA0001822165 | SMP |
| 37 | Beechwood 4-5789 | RE0000498334 | SMP |
| 38 | Beep Beep | RE0000291269 | SMP |
| 39 | Being For The Benefit Of Mr. Kite | RE0000702074 | SMP |
| 40 | Best Of My Love | EU475746 | SMP |
| 41 | Billie Jean | PAu000456335 | SMP |
| 42 | Birthday | RE0000717857 | SMP |
| 43 | Bitter Wine | PA0000705352 | SMP |
| 44 | Black Denim Trousers And Motorcycle Boots | RE0000156808 | SMP |
| 45 | Blackbird | RE0000737553 | SMP |

| Exhibit | Title | Copyright Registration Number | Plaintiff Group |
|---|---|---|---|
| 46 | Blow | PA0001986575 | SMP |
| 47 | Blue Moon | EP45186 | SMP |
| 48 | Blue Ocean Floor | PA0001986499 | SMP |
| 49 | Boo'd Up | PA0002213720 | SMP |
| 50 | Born To Run | RE0000877987 | SMP |
| 51 | Bossa Nova Baby | RE0000473378 | SMP |
| 52 | Boston | PA0001162841 | SMP |
| 53 | Bound 2 | PA0001890239 | SMP |
| 54 | Boyfriend | PA0001834755 | SMP |
| 55 | Boys | EU645465 | SMP |
| 56 | BRASS IN POCKET | PA0000125821 | SMP |
| 57 | Brave | PA0001967864 | SMP |
| 58 | Bread And Butter | RE0000581475 | SMP |
| 59 | Brick | PA0000839247 | SMP |
| 60 | Bridge Over Troubled Water | RE0000765182 | SMP |
| 61 | Burning House | PA0002083420 | SMP |
| 62 | California Sun | EU659360 | SMP |
| 63 | Call Me Irresponsible | EP188588 | SMP |
| 64 | Can't Buy Me Love | EF28945 | SMP |
| 65 | Carry On Wayward Son | PA0000066004 | SMP |
| 66 | Carry That Weight | EFO-138009 | SMP |
| 67 | Chains | RE0000491623 | SMP |
| 68 | Charlie Brown | RE0000326235 | SMP |
| 69 | Chug-A-Lug | PA0000242224 | SMP |
| 70 | City Of New Orleans | RE0000794238 | SMP |
| 71 | Come See About Me | RE0000601651 | SMP |
| 72 | Come Together | RE0000748401 | SMP |
| 73 | Crazy | EP156698; RE0000422869 | SMP |
| 74 | Cruel Summer | PA0002202917 | SMP |
| 75 | Cry Baby Cry | EFO-132184; RE0000717850 | SMP |
| 76 | Crying | RE0000450411 | SMP |
| 77 | Crying In The Rain | RE0000491451 | SMP |
| 78 | Damned | PA0000745825 | SMP |
| 79 | Dancing In The Street | RE0000597953 | SMP |
| 80 | Dang Me | RE0000575866 | SMP |
| 81 | Dawn (Go Away) | RE0000606527 | SMP |
| 82 | Day Tripper | RE0000635975 | SMP |
| 83 | Daydream Believer | PA0000060077 | SMP |
| 84 | Dead Man's Curve | EU802165 | SMP |
| 85 | Dear Prudence | RE0000717847 | SMP |
| 86 | Diamond Ring | PA0000782948 | SMP |
| 87 | Dig A Pony | RE0000770933 | SMP |
| 88 | Dig It | RE0000770934 | SMP |
| 89 | Do You Love Me | RE0000484182 | SMP |
| 90 | Do You Want To Know A Secret? | EFO-92297 | SMP |
| 91 | Doctor Robert | EU941267 | SMP |

| Exhibit | Title | Copyright Registration Number | Plaintiff Group |
|---|---|---|---|
| 92 | Don't | RE0000249899 | SMP |
| 93 | Don't Bring Me Down | PA0000035638 | SMP |
| 94 | Don't Fear The Reaper | EU710364 | SMP |
| 95 | Don't Forbid Me | RE0000207845 | SMP |
| 96 | Don't Let Me Down | RE0000746793 | SMP |
| 97 | Donna | EP123286 | SMP |
| 98 | Dream Baby | EP160195 | SMP |
| 99 | Drip Drop | RE0000133699 | SMP |
| 100 | Drive My Car | RE0000635977 | SMP |
| 101 | DRUNK IN LOVE | PA0001917913 | SMP |
| 102 | Dust In The Wind | EU832910 | SMP |
| 103 | Easier Said Than Done | RE0000526259 | SMP |
| 104 | Eet | PA0001655005 | SMP |
| 105 | Eight Days A Week | EU857250 | SMP |
| 106 | Eleanor Rigby | RE0000708091 | SMP |
| 107 | Endless Sleep | EP117135 | SMP |
| 108 | Every Little Thing | EU857249 | SMP |
| 109 | Everybody's Got Something To Hide Except Me And My Monkey | RE0000717842 | SMP |
| 110 | Everyday People | RE0000763436 | SMP |
| 111 | Evil Woman | RE0000893361 | SMP |
| 112 | Fallen | PA0001239544 | SMP |
| 113 | finesse | PA0002054527 | SMP |
| 114 | Fire And Ice | PA0000108954 | SMP |
| 115 | Fixing A Hole | RE0000702072 | SMP |
| 116 | Flawless | PA0002096272 | SMP |
| 117 | Foolish Little Girl | RE0000528786 | SMP |
| 118 | For No One | RE0000708094 | SMP |
| 119 | For Once in My Life | EP205134 | SMP |
| 120 | FOREVER YOUNG | PA0000376301 | SMP |
| 121 | FREE FALLING | PA0000533869 | SMP |
| 122 | Free Ride | RE0000818651 | SMP |
| 123 | From Me To You | RE0000537171 | SMP |
| 124 | Fuel to the Flame | RE0000686107 | SMP |
| 125 | Get A Job | EU501063 | SMP |
| 126 | Get Back | RE0000746792 | SMP |
| 127 | Getting Better | EFO-121839 | SMP |
| 128 | Girl | RE0000635991 | SMP |
| 129 | Girls Like You | PA0002184141 | SMP |
| 130 | Glass Onion | RE0000717848 | SMP |
| 131 | GLORY DAYS | PAu000634801 | SMP |
| 132 | Go Away, Little Girl | PA0000044524; EU738333 | SMP |
| 133 | Godzilla | EU831896 | SMP |
| 134 | Golden Slumbers | RE0000748399 | SMP |
| 135 | Good Day Sunshine | EFO-115517; RE0000708096; RE | SMP |
| 136 | Good Morning Good Morning | RE0000702071 | SMP |

| Exhibit | Title | Copyright Registration Number | Plaintiff Group |
|---|---|---|---|
| 137 | Good Morning Heartache | EU451762 | SMP |
| 138 | Good Night | PA0000137944 | SMP |
| 139 | Goodbye My Lover | PA0001162698 | SMP |
| 140 | Goodnight My Love, Pleasant Dreams | EU458897 | SMP |
| 141 | Got To Get You Into My Life | EFO-115690; RE0000708100 | SMP |
| 142 | Great Balls of Fire | EU492696 | SMP |
| 143 | Greenfields | RE0000209822 | SMP |
| 144 | Hallelujah | PA0000748100 | SMP |
| 145 | Happiness Is A Warm Gun | RE0000717851 | SMP |
| 146 | Happy | PA0001600473 | SMP |
| 147 | He'll Have To Go | EU574541 | SMP |
| 148 | Heartache Tonight | PAU000137981 | SMP |
| 149 | Heartbreak Hotel | EU424628 | SMP |
| 150 | Heatwave | RE0000535914 | SMP |
| 151 | Heaven | PA0002168434 | SMP |
| 152 | Hello | PA0002200167 | SMP |
| 153 | Hello, Goodbye | RE0000702078 | SMP |
| 154 | Hello, It's Me | PA0000044528 | SMP |
| 155 | Help | EU888892 | SMP |
| 156 | Helter Skelter | RE0000717844 | SMP |
| 157 | Her Majesty | EFO-138022 | SMP |
| 158 | Her Royal Majesty | RE0000426908 | SMP |
| 159 | Here There And Everywhere | RE0000708095; EFO-115516 | SMP |
| 160 | Hey Bulldog | RE0000740794 | SMP |
| 161 | Hey God | PA0000745820 | SMP |
| 162 | Hey Jude | EU71915 | SMP |
| 163 | Hey, Good Lookin' | RE0000014979 | SMP |
| 164 | Hold Me Tight | EP193069 | SMP |
| 165 | Honey Pie | RE0000717852 | SMP |
| 166 | Hot Legs | EU834828 | SMP |
| 167 | Hound Dog | EP101157 | SMP |
| 168 | How To Save A Life | PA0001162856 | SMP |
| 169 | Human Nature | PA0000239361 | SMP |
| 170 | Hurt | PA0001165262 | SMP |
| 171 | Hurts So Good | PA0000153021 | SMP |
| 172 | I Am The Walrus | RE0000702079 | SMP |
| 173 | I Believe | PA0001232060 | SMP |
| 174 | I Call Your Name | RE0000537178 | SMP |
| 175 | I CAN'T HELP MYSELF SUGAR PIE HONEY BUNCH | RE0000618214 | SMP |
| 176 | I Can't Stop Loving You | RE0000275763 | SMP |
| 177 | I Don't Want To Spoil The Party | RE0000594959 | SMP |
| 178 | I Fall To Pieces | RE0000374528 | SMP |
| 179 | I Feel Fine | EFO-104055 | SMP |
| 180 | I Fought The Law | EP149415 | SMP |
| 181 | I Heard It Through The Grapevine | EP220700 | SMP |

| Exhibit | Title | Copyright Registration Number | Plaintiff Group |
|---|---|---|---|
| 182 | I Just Called To Say I Love You | PA0000221378 | SMP |
| 183 | I Left My Heart In San Francisco | EP186258 | SMP |
| 184 | I Like It Like That | RE0000438425 | SMP |
| 185 | I Love How You Love Me | EP162080 | SMP |
| 186 | I Only Want To Be With You | RE0000525863 | SMP |
| 187 | I Saw Her Standing There | EF28543 | SMP |
| 188 | I Should Have Known Better | EF29396 | SMP |
| 189 | I Wanna Be Your Man | RE0000537179 | SMP |
| 190 | I Want You (She's So Heavy) | EU147720 | SMP |
| 191 | I Want You To Be My Girl | EU433515 | SMP |
| 192 | I Want You To Want Me | PA0000042276; EU809938 | SMP |
| 193 | I Will | RE0000737551 | SMP |
| 194 | I WILL ALWAYS LOVE YOU | EP314105 | SMP |
| 195 | I Would | PA0001839745 | SMP |
| 196 | I'll Be Back | EF29402 | SMP |
| 197 | I'll Cry Instead | EF29403 | SMP |
| 198 | I'll Follow The Sun | EFO-104699 | SMP |
| 199 | I'll Get You | EFO-94631 | SMP |
| 200 | I'm A Loser | EU853541 | SMP |
| 201 | I'M Down | RE0000635967; EFO-108776 | SMP |
| 202 | I'm Happy Just To Dance With You | EF29398 | SMP |
| 203 | I'm In The Mood For Love | EP49225 | SMP |
| 204 | I'm Leaving It Up To You | EP183664 | SMP |
| 205 | I'm Looking Through You | RE0000635979 | SMP |
| 206 | I'm Only Sleeping | RE0000708098 | SMP |
| 207 | I'm So Tired | RE0000737550 | SMP |
| 208 | I'm Stickin' With You | RE0000201513 | SMP |
| 209 | I've Got A Feeling | RE0000770932 | SMP |
| 210 | I've Just Seen A Face | RE0000635968 | SMP |
| 211 | If I Fell | EF29397 | SMP |
| 212 | If That's What It Takes | PA0000745829 | SMP |
| 213 | In My Blood | PA0002181770 | SMP |
| 214 | In My Life | EFO-111028 | SMP |
| 215 | Isn't It Romantic? | EU50488 | SMP |
| 216 | ISN'T SHE LOVELY | RE0000893948 | SMP |
| 217 | Issues | PA0002071109 | SMP |
| 218 | It Hurts To Be In Love | RE0000584865 | SMP |
| 219 | It Won't Be Long | RE0000564072 | SMP |
| 220 | It's Only Love | RE0000635969 | SMP |
| 221 | It's Only Make Believe | RE0000280189 | SMP |
| 222 | IT'S TOO LATE | RE0000795950 | SMP |
| 223 | Jack And Diane | PA0000153022 | SMP |
| 224 | Jailhouse Rock | RE0000234387 | SMP |
| 225 | James (Hold The Ladder Steady) | EP167679 | SMP |
| 226 | Jealous | PA0001926604 | SMP |
| 227 | Julia | RE0000717856 | SMP |

| Exhibit | Title | Copyright Registration Number | Plaintiff Group |
|---|---|---|---|
| 228 | Just Give Me A Reason | PA0001835371 | SMP |
| 229 | Just Like Fire | PA0002022612 | SMP |
| 230 | JUST MY IMAGINATION RUNNING AWAY WITH ME | RE0000772992 | SMP |
| 231 | Kansas City | RE0000328851 | SMP |
| 232 | Lady Madonna | RE0000717835 | SMP |
| 233 | Lavender Haze | PA0002390168 | SMP |
| 234 | Leader Of The Pack | EU848202 | SMP |
| 235 | Let It Be | RE0000770922 | SMP |
| 236 | Let It Ride | EFO-169842 | SMP |
| 237 | Let The Groove Get In | PA0001843854 | SMP |
| 238 | Let's Stay Together | PA0000571849; EU287623 | SMP |
| 239 | Liability | PA0002071447 | SMP |
| 240 | Lie to Me | PA0000745823 | SMP |
| 241 | Limbo Rock | RE0000490765 | SMP |
| 242 | Little Child | PA0000568659 | SMP |
| 243 | Little Egypt | RE0000418893 | SMP |
| 244 | Little Girl Of Mine | RE0000201903; EU430341 | SMP |
| 245 | Little Star | RE0000296048 | SMP |
| 246 | Livin' On A Prayer | PA0000305252 | SMP |
| 247 | LIVING IN AMERICA | PA0000270822 | SMP |
| 248 | Location | PA0002163515 | SMP |
| 249 | Lonely Teardrops | RE0000272345 | SMP |
| 250 | Long Tall Sally | EP98361 | SMP |
| 251 | Longer | PAu000144168 | SMP |
| 252 | Lost Boy | PA0002134964 | SMP |
| 253 | Louie, Louie | RE0000229368 | SMP |
| 254 | Love Me | RE0000133712 | SMP |
| 255 | Love Potion Number 9 | RE0000338204 | SMP |
| 256 | Love Yourself | PA0002083662 | SMP |
| 257 | Lovely Rita | RE0000702073 | SMP |
| 258 | Loving You | RE0000255173 | SMP |
| 259 | Lucy In The Sky With Diamonds | EFO-121847; RE0000702075 | SMP |
| 260 | Maggie Mae | EU192932 | SMP |
| 261 | Maggie May | RE0000796819 | SMP |
| 262 | Magical Mystery Tour | RE0000702080 | SMP |
| 263 | Martha My Dear | RE0000717843 | SMP |
| 264 | Maxwell's Silver Hammer | RE0000748402 | SMP |
| 265 | Mean Mr. Mustard | RE0000748391 | SMP |
| 266 | Melissa | EU327537 | SMP |
| 267 | Michelle | EFO-111398 | SMP |
| 268 | Million Reasons | PA0002119030 | SMP |
| 269 | Million Years Ago | PA0002200178 | SMP |
| 270 | Mirrors | PA0001843851 | SMP |
| 271 | Misery | RE0000537170 | SMP |
| 272 | Mona Lisa | EP42256 | SMP |

| Exhibit | Title | Copyright Registration Number | Plaintiff Group |
|---|---|---|---|
| 273 | Money (That's What I Want) | RE0000363730 | SMP |
| 274 | Mony, Mony | RE0000727809 | SMP |
| 275 | Moon River | EU656109 | SMP |
| 276 | Mother Nature's Son | RE0000717841 | SMP |
| 277 | My Boy Lollipop | EU459841 | SMP |
| 278 | My Boyfriend's Back | RE0000544343 | SMP |
| 279 | My Cherie Amour | RE0000719524 | SMP |
| 280 | My Girl | RE0000601304 | SMP |
| 281 | My Guitar Lies Bleeding in My Arms | PA0000745824 | SMP |
| 282 | My Guy | RE0000601529 | SMP |
| 283 | My Heart Will Go On (Love Theme From 'Titanic') | PA0000880171 | SMP |
| 284 | My One And Only Love | EU298439 | SMP |
| 285 | NEVER CAN SAY GOODBYE | RE0000772977 | SMP |
| 286 | Never Going Back Again | PA0000006145 | SMP |
| 287 | New Kid In Town | RE0000892863 | SMP |
| 288 | No One | PA0001590102 | SMP |
| 289 | No Rain | PA0000710307 | SMP |
| 290 | No Reply | EFO-104700 | SMP |
| 291 | No Tears Left To Cry | PA0002134933 | SMP |
| 292 | Nobody To Love | PA0001926078 | SMP |
| 293 | Norwegian Wood (This Bird Has Flown) | EFO-111817; RE0000635994 | SMP |
| 294 | Not A Second Time | EP189317 | SMP |
| 295 | Nowhere Man | RE0000635993 | SMP |
| 296 | Ob-La-Di Ob-La-Da | EFO-132179; RE0000717845 | SMP |
| 297 | Oh, Lonesome Me | RE0000275764 | SMP |
| 298 | Oh, Oh I'm Falling In Love Again | RE0000249174 | SMP |
| 299 | Oh, Pretty Woman | RE0000569701 | SMP |
| 300 | Oh! Darling | EFO-138023 | SMP |
| 301 | On Broadway | RE0000528838 | SMP |
| 302 | Once Bitten Twice Shy | PA0000079062 | SMP |
| 303 | One After 909 | RE0000770930 | SMP |
| 304 | One Call Away | PA0002016563 | SMP |
| 305 | One Fine Day | EU766114 | SMP |
| 306 | Papa Was A Rollin' Stone | RE0000815898 | SMP |
| 307 | Paperback Writer | EFO-114981 | SMP |
| 308 | Party Doll | RE0000201512 | SMP |
| 309 | Patches | EU714611 | SMP |
| 310 | Penny Lane | RE0000702061; EFO-119136 | SMP |
| 311 | Peppermint Twist | EU692812 | SMP |
| 312 | Photograph | PA0000170742 | SMP |
| 313 | Piece By Piece | PA0002014610 | SMP |
| 314 | Piece Of My Heart | RE0000695041 | SMP |
| 315 | Pink Houses | PA0000206122 | SMP |
| 316 | Please Mr. Postman | EP163620 | SMP |
| 317 | Point Of Know Return | EU832914 | SMP |

| Exhibit | Title | Copyright Registration Number | Plaintiff Group |
|---|---|---|---|
| 318 | Poison Ivy | RE0000327437 | SMP |
| 319 | Polythene Pam | EFO-138428 | SMP |
| 320 | Praying | PA0002163338 | SMP |
| 321 | Pusher Love Girl | PA0001986497 | SMP |
| 322 | Put It Off until Tomorrow | RE0000686079 | SMP |
| 323 | R.O.C.K. In The U.S.A. (A Salute To 60's Rock) | PA0000266622 | SMP |
| 324 | Rain | EU941265 | SMP |
| 325 | RAIN ON ME | PA0002282535 | SMP |
| 326 | Ready Teddy | RE0000198532 | SMP |
| 327 | REET PETITE | EU489655 | SMP |
| 328 | Respect | EU882318 | SMP |
| 329 | Revolution | EU71914 | SMP |
| 330 | Ride The Wild Surf | PA0000061776; EU832422 | SMP |
| 331 | Ridin' The Storm Out | RE0000848647 | SMP |
| 332 | Rip It Up | EU440353 | SMP |
| 333 | Rockin' Into The Night | PA0000050542 | SMP |
| 334 | Rocky Raccoon | RE0000737552 | SMP |
| 335 | Roll On Down The Highway | EU531620 | SMP |
| 336 | Romeo And Juliet | RE0000601555 | SMP |
| 337 | Royals | PA0002007289 | SMP |
| 338 | Ruby Baby | RE0000152221 | SMP |
| 339 | Rude | PA0001925386 | SMP |
| 340 | Run For Your Life | EFO-111396 | SMP |
| 341 | Run To Him | RE0000426959 | SMP |
| 342 | Running Scared | RE0000418439 | SMP |
| 343 | Sad Movies (Make Me Cry) | EP155090 | SMP |
| 344 | SAY SOMETHING | PA0002105826 | SMP |
| 345 | Scarborough Fair/Canticle | RE0000658255 | SMP |
| 346 | Scotch And Soda | EU570058 | SMP |
| 347 | Searchin | RE0000242078 | SMP |
| 348 | Secretly | RE0000284943 | SMP |
| 349 | SEPTEMBER | PA0000034699 | SMP |
| 350 | Sexual Healing | PA0000155613 | SMP |
| 351 | Sexy Sadie | RE0000717855 | SMP |
| 352 | Sgt. Pepper'S Lonely Hearts Club Band | RE0000702065; EFO-121837 | SMP |
| 353 | Shakedown | PA0000354153 | SMP |
| 354 | SHALLOW | PA0002149916 | SMP |
| 355 | She Came In Through The Bathroom Window | RE0000748398 | SMP |
| 356 | She Don't Like The Lights | PA0001834766 | SMP |
| 357 | She Loves You | EFO-94632 | SMP |
| 358 | She Said She Said | RE0000682908 | SMP |
| 359 | She Used To Be Mine | PA0002461177 | SMP |
| 360 | She's A Woman | RE0000594956 | SMP |
| 361 | She's Leaving Home | RE0000702069 | SMP |

| Exhibit | Title | Copyright Registration Number | Plaintiff Group |
|---|---|---|---|
| 362 | Shop Around | RE0000450732 | SMP |
| 363 | Short Shorts | RE0000251393 | SMP |
| 364 | Shout | EP132762 | SMP |
| 365 | Singing The Blues | RE0000197427 | SMP |
| 366 | Sixteen Candles | EU547541 | SMP |
| 367 | Slippin' And Slidin' | RE0000214264 | SMP |
| 368 | Soldier Boy | RE0000475438 | SMP |
| 369 | Something for the Pain | PA0000745821 | SMP |
| 370 | Sorry Not Sorry | PA0002204413 | SMP |
| 371 | SOUND OF SILENCE | RE0000593276 | SMP |
| 372 | Spaceship Coupe | PA0001843838 | SMP |
| 373 | Spanish Eyes | EP203760 | SMP |
| 374 | Speedoo | EP94213 | SMP |
| 375 | Speedy Gonzales | EP150288 | SMP |
| 376 | Splish Splash | RE0000313779 | SMP |
| 377 | Stand By Me | RE0000430905 | SMP |
| 378 | Steal My Girl | PA0001947500 | SMP |
| 379 | STORY OF MY LIFE | PA0001913596 | SMP |
| 380 | Straight From The Heart | PA0000126096 | SMP |
| 381 | Strangers In The Night | RE0000670257 | SMP |
| 382 | Strawberry Bubblegum | PA0001843841 | SMP |
| 383 | Strawberry Fields Forever | RE0000702062 | SMP |
| 384 | Stupid Cupid | EP121423 | SMP |
| 385 | Sugar Moon | RE0000275772 | SMP |
| 386 | Sun King | EFO-138426 | SMP |
| 387 | Superpower | PA0001918119 | SMP |
| 388 | Superstition | RE0000816735 | SMP |
| 389 | Surfin' Bird | EU820386 | SMP |
| 390 | Suzanne | RE0000694129 | SMP |
| 391 | Sweet Talkin' Woman | RE0000911593 | SMP |
| 392 | Take Good Care Of My Baby | RE0000428939 | SMP |
| 393 | TEARS OF A CLOWN | RE0000696677 | SMP |
| 394 | Teen Angel | RE0000324743 | SMP |
| 395 | Tell Her | EU704318 | SMP |
| 396 | Tell Me What You See | EFO-108504 | SMP |
| 397 | Tell Me Why | EF29399 | SMP |
| 398 | Tennessee Waltz | EP23627 | SMP |
| 399 | Tequila | RE0000293779 | SMP |
| 400 | That's Why (I Love You So) | RE0000272309 | SMP |
| 401 | The 59th Street Bridge Song (Feelin' Groovy) | RE0000658256 | SMP |
| 402 | The Abc's Of Love | EU454963 | SMP |
| 403 | The Air That I Breathe | RE0000818129 | SMP |
| 404 | The Ballad Of John And Yoko | RE0000746794 | SMP |
| 405 | The Boxer | RE0000740636 | SMP |
| 406 | The Company You Keep | RE0000686089 | SMP |
| 407 | The Continuing Story Of Bungalow Bill | RE0000717853 | SMP |

| Exhibit | Title | Copyright Registration Number | Plaintiff Group |
|---|---|---|---|
| 408 | The End | RE0000748403 | SMP |
| 409 | The Fool On The Hill | EU28889 | SMP |
| 410 | The Girl Is Mine | PAu000421401 | SMP |
| 411 | The Greatest Love Of All | EP373519 | SMP |
| 412 | The Last Thing On My Mind | EU817907 | SMP |
| 413 | The Little Old Lady (From Pasadena) | EU828931 | SMP |
| 414 | The Loco-Motion | RE0000491487 | SMP |
| 415 | The Long And Winding Road | RE0000770931 | SMP |
| 416 | The Middle | PA0002287048 | SMP |
| 417 | The Night Before | EU888894 | SMP |
| 418 | The Way You Do The Things You Do | PA0000058434 | SMP |
| 419 | The Word | RE0000635983 | SMP |
| 420 | There Goes My Baby | EP132600; EU577856 | SMP |
| 421 | There Goes My Heart | PA0000662882 | SMP |
| 422 | There's A Place | EU808205 | SMP |
| 423 | There's Nothing Holdin' Me Back | PA0002131804 | SMP |
| 424 | These Days | PA0000745822 | SMP |
| 425 | Things We Said Today | EF29250 | SMP |
| 426 | This Ain't a Love Song | PA0000782946 | SMP |
| 427 | This Boy (Ringo's Theme) | PA0000568657 | SMP |
| 428 | Thnks Fr Th Mmrs | PA0001387098 | SMP |
| 429 | Thunder Road | RE0000877985 | SMP |
| 430 | Ticket To Ride | RE0000635962 | SMP |
| 431 | Tomorrow Never Knows | RE0000708099 | SMP |
| 432 | Tonight's The Night (Gonna Be Alright) | RE0000893441 | SMP |
| 433 | Travelin' Man | RE0000371110 | SMP |
| 434 | Treat Me Nice | RE0000248685 | SMP |
| 435 | Try It Baby | RE0000601486 | SMP |
| 436 | Tunnel Vision | PA0001843839 | SMP |
| 437 | Tutti Frutti | RE0000188415 | SMP |
| 438 | Twist And Shout | EU647217 | SMP |
| 439 | TWO LOVERS | RE0000484184 | SMP |
| 440 | Two Of Us | RE0000770929 | SMP |
| 441 | Two Sides to Every Story | RE0000717860 | SMP |
| 442 | Up On The Roof | RE0000491627 | SMP |
| 443 | Victim Of Love | RE0000892864 | SMP |
| 444 | Wait | RE0000635978 | SMP |
| 445 | Walkin' After Midnight | RE0000197554 | SMP |
| 446 | We Can Work It Out | RE0000635992 | SMP |
| 447 | What About Us | PA0002129347 | SMP |
| 448 | What Do You Think about Lovin' | RE0000651516 | SMP |
| 449 | What Goes On | RE0000635995 | SMP |
| 450 | What In The World's Come Over You | RE0000333225 | SMP |
| 451 | What Lovers Do | PA0002087016 | SMP |
| 452 | What You're Doing | EU857252 | SMP |
| 453 | What's Going On | EP281238 | SMP |

| Exhibit | Title | Copyright Registration Number | Plaintiff Group |
|---|---|---|---|
| 454 | Whatever It Takes | PA0002113642 | SMP |
| 455 | Wheel In The Sky | RE0000925587 | SMP |
| 456 | When I Get Home | EF29395 | SMP |
| 457 | When I'm 64 | RE0000702068; EFO-121840 | SMP |
| 458 | Where Did Our Love Go | RE0000601502 | SMP |
| 459 | Where The Boys Are | RE0000384714 | SMP |
| 460 | Why Do Fools Fall In Love | EP97206 | SMP |
| 461 | Will You Love Me Tomorrow | RE0000429038 | SMP |
| 462 | With A Little Help From My Friends | EFO-121842; RE0000702070 | SMP |
| 463 | Wooly Bully | EU870480 | SMP |
| 464 | WORKING IN THE COAL MINE | EU948400 | SMP |
| 465 | World Without Love | RE0000594937 | SMP |
| 466 | Yakety Yak | RE0000282599 | SMP |
| 467 | Yellow Submarine | EFO-115431; RE0000708090 | SMP |
| 468 | Yer Blues | RE0000717854 | SMP |
| 469 | Yes It Is | RE0000635961 | SMP |
| 470 | Yesterday | EF30816 | SMP |
| 471 | You Ain't Seen Nothin' Yet | EP331224 | SMP |
| 472 | You Are The Sunshine Of My Life | RE0000816998 | SMP |
| 473 | You Can't Do That | EF28961 | SMP |
| 474 | YOU CAN'T HURRY LOVE | RE0000618222 | SMP |
| 475 | You Don't Know Me | EP92357 | SMP |
| 476 | You Give Love A Bad Name | PA0000305251 | SMP |
| 477 | You Know My Name (Look Up The Number) | RE0000770923 | SMP |
| 478 | You Need To Calm Down | PA0002190622 | SMP |
| 479 | You Never Give Me Your Money | EU147725 | SMP |
| 480 | You Talk Too Much | EU642437 | SMP |
| 481 | You Wear It Well | EU344592 | SMP |
| 482 | You Win Again | RE0000063633 | SMP |
| 483 | You Won't See Me | RE0000635990 | SMP |
| 484 | You're Going To Lose That Girl | RE0000635972 | SMP |
| 485 | You're In My Heart | RE0000911460 | SMP |
| 486 | YOU'VE GOT A FRIEND | PA0000032338 | SMP |
| 487 | You've Got To Hide Your Love Away | EFO-108899 | SMP |
| 488 | You've Made Me So Very Happy | RE0000697556 | SMP |
| 489 | Young Blood | RE0000242079 | SMP |
| 490 | Young Turks | PA0000202981 | SMP |
| 491 | Your Mother Should Know | EU28890 | SMP |
| 492 | Caught Up In You | PA0000145091 | SMP; WCM |
| 493 | Don't Hold The Wall | PA0001915504 | SMP; WCM |
| 494 | Don't Wanna Know | PA0002074281 | SMP; WCM |
| 495 | HAVANA | PA0002091819 | SMP; WCM |
| 496 | Here | PA0002049195 | SMP; WCM |
| 497 | LIKE A PRAYER | PA0000429544 | SMP; WCM |
| 498 | Like I'm Gonna Lose You | PA0001976937 | SMP; WCM |

| Exhibit | Title | Copyright Registration Number | Plaintiff Group |
|---|---|---|---|
| 499 | Midnight Rider | EP329147 | SMP; WCM |
| 500 | Rocket | PA0001918124 | SMP; WCM |
| 501 | That Girl | PA0001915505 | SMP; WCM |
| 502 | We Are Young | PA0001791456 | SMP; WCM |
| 503 | When I Was Your Man | PA0001834773 | SMP; WCM |
| 504 | Whippin' Post | PA0000235669; EU158275 | SMP; WCM |
| 505 | (WALK ME OUT IN THE) MORNING DEW | EP248688 | WCM |
| 506 | 7 YEARS | PA0002037064 | WCM |
| 507 | A FOGGY DAY | EU146110 | WCM |
| 508 | ABOUT TO CRASH (REPRISE) | PA0001189702 | WCM |
| 509 | ACHILLES LAST STAND | EU655755 | WCM |
| 510 | ALEXANDER HAMILTON | PA0001989274 | WCM |
| 511 | ALL IS WELL | PA0001338276 | WCM |
| 512 | ALL MY LOVE | PA0000078104 | WCM |
| 513 | ALL THE KING'S FRIENDS | PA0000510337 | WCM |
| 514 | ALL THE TIME | PA0001059863 | WCM |
| 515 | AND SHE WAS | PA0000258478 | WCM |
| 516 | APRIL FOOL | PA0000611730 | WCM |
| 517 | AT WIT'S END | PA0002284323 | WCM |
| 518 | BABE I'M GONNA LEAVE YOU | EP256803 | WCM |
| 519 | BARSTOOL WARRIOR | PA0002284336 | WCM |
| 520 | BATTLE OF EVERMORE | EP319304 | WCM |
| 521 | BE ON YOUR WAY | PA0000510335 | WCM |
| 522 | BEAT ON THE BRAT | EU832788 | WCM |
| 523 | BERTHA | EU285326 | WCM |
| 524 | BITTER PILL | PA0000510327 | WCM |
| 525 | BITTERSWEETHEART | PA0000704752 | WCM |
| 526 | BLACK AND BLUE | PA0000471310 | WCM |
| 527 | BLACK COUNTRY WOMAN | EU555335 | WCM |
| 528 | BLACK DOG | EP299753 | WCM |
| 529 | BLACK GOLD | PA0000611724 | WCM |
| 530 | BLITZKRIEG BOP | EU832779 | WCM |
| 531 | BLUE SKY | EP329621 | WCM |
| 532 | BLUEBERRY HILL | EP86125 | WCM |
| 533 | BOOGIE WITH STU | EU555332 | WCM |
| 534 | BRAND NEW SHINE | PA0000510332 | WCM |
| 535 | BREAKING ALL ILLUSIONS | PA0001818251 | WCM |
| 536 | BRON-Y-AUR STOMP | EP319297 | WCM |
| 537 | BUS NAMED DESIRE | PA0001338277 | WCM |
| 538 | BY THE WAY | PA0000628833 | WCM |
| 539 | CAGED RAT | PA0000704752 | WCM |
| 540 | CALIFORNIA GURLS | PA0001753646 | WCM |
| 541 | CALL ME SUPER BAD (PARTS 1, 2 & 3) | EP310533 | WCM |
| 542 | CALYPSO | PA0000330895 | WCM |

| Exhibit | Title | Copyright Registration Number | Plaintiff Group |
|---|---|---|---|
| 543 | CAN'T STOP LOVIN' YOU | PA0000752309 | WCM |
| 544 | CANDY STORE ROCK | EU655752 | WCM |
| 545 | CAROUSELAMBRA | PA0000078103 | WCM |
| 546 | CELEBRATION DAY | EP319298 | WCM |
| 547 | CHINA GROVE | EP316432 | WCM |
| 548 | CITY OF STARS | PA0002141071 | WCM |
| 549 | CLOSE | PA0000900649 | WCM |
| 550 | COLD RAIN AND SNOW | EU81926 | WCM |
| 551 | COLD SWEAT (PARTS 1 & 2) | EU3467 | WCM |
| 552 | COME RAIN OR COME SHINE | EP1893 | WCM |
| 553 | COMMUNICATION BREAKDOWN | EP256801 | WCM |
| 554 | CRADLE CHAIN | PA0000900649 | WCM |
| 555 | CRAWL | PA0000704753 | WCM |
| 556 | CRAZY MIXED UP WORLD | PA0001338276 | WCM |
| 557 | CREATURES OF HABIT | PA0000900649 | WCM |
| 558 | CRUEL INTENTIONS | PA0001814513 | WCM |
| 559 | CUSTARD PIE | EU557532 | WCM |
| 560 | D'YER MAK'ER | EU402445 | WCM |
| 561 | DANCING DAYS | EU402442 | WCM |
| 562 | DAZED AND CONFUSED | EP256809 | WCM |
| 563 | DEAR THEODOSIA | PA0001989326 | WCM |
| 564 | DEVIL OR ANGEL | EP171867 | WCM |
| 565 | DOWN BY THE SEASIDE | EU555328 | WCM |
| 566 | DR. FEELGOOD | PA0000440229 | WCM |
| 567 | DRAGGIN' THE LAKE | PA0000900649 | WCM |
| 568 | DREAM | EP129453 | WCM |
| 569 | EASY STREET | PA0000510333 | WCM |
| 570 | EPILOGUE | PA0002141040 | WCM |
| 571 | EYE OF THE TIGER | PA0000148257 | WCM |
| 572 | EYES OF A CHILD | PA0000704752 | WCM |
| 573 | FALL INTO THE LIGHT | PA0002284319 | WCM |
| 574 | FATAL TRAGEDY | PA0001005884 | WCM |
| 575 | FEARLESS LEADER | PA0000763446 | WCM |
| 576 | FEEL IT STILL | PA0002140987 | WCM |
| 577 | FINESSE | PA0002082186 | WCM |
| 578 | FINISH WHAT YA STARTED | PA0000471311 | WCM |
| 579 | FOOL IN THE RAIN | PA0000078101 | WCM |
| 580 | FOR YOUR LIFE | EU655754 | WCM |
| 581 | FOUR STICKS | EP319301 | WCM |
| 582 | FREDDIE'S DEAD | EP329324 | WCM |
| 583 | FREE FALLIN' | PA0000417693 | WCM |
| 584 | FRIENDS | EP319299 | WCM |
| 585 | FUNK 48 | PA0000035919 | WCM |
| 586 | GALLOWS POLE | EU226334 | WCM |
| 587 | GET ON OUT | PA0000611728 | WCM |

| Exhibit | Title | Copyright Registration Number | Plaintiff Group |
|---|---|---|---|
| 588 | GET ON THE GOOD FOOT (PARTS 1 & 2) | EP306322 | WCM |
| 589 | GET UP (I FEEL LIKE BEING LIKE A SEX MACHINE) | EU198587 | WCM |
| 590 | GET UP OFFA THAT THING | EU685048 | WCM |
| 591 | GIVE IT UP OR TURN IT LOOSE | EP310537 | WCM |
| 592 | GOING TO CALIFORNIA | EP298106 | WCM |
| 593 | GOOD FOR YOU | PA0001338278 | WCM |
| 594 | GOOD RIDDANCE (TIME OF YOUR LIFE) | PA0001059866 | WCM |
| 595 | GOOD TIMES BAD TIMES | EP256802 | WCM |
| 596 | GOT IT PRETTY GOOD | PA0002238878 | WCM |
| 597 | GRAVITY | PA0001814513 | WCM |
| 598 | GREAT BALLS OF FIRE | EP112604 | WCM |
| 599 | GREATEST LOVE STORY | PA0002132854 | WCM |
| 600 | GREATEST STORY EVER TOLD | RE0000899122 | WCM |
| 601 | GRENADE | PA0001733322 | WCM |
| 602 | GROUNDED | PA0000510334 | WCM |
| 603 | GROWING INTO YOU | PA0000611732 | WCM |
| 604 | GYPSY | PA0000330890 | WCM |
| 605 | HAUSHINKA | PA0001059864 | WCM |
| 606 | HE'S A REBEL | EP168685 | WCM |
| 607 | HEARTBREAKER | EP267881 | WCM |
| 608 | HEAT OF THE MOMENT | PA0000140917 | WCM |
| 609 | HELL'S KITCHEN | PA0000877925 | WCM |
| 610 | HELLO MARY LOU (GOODBYE HEART) | EP157346 | WCM |
| 611 | HELPLESS | PA0001989313 | WCM |
| 612 | HEY HEY WHAT CAN I DO | EU222687 | WCM |
| 613 | HISTORY HAS ITS EYES ON YOU | PA0001989323 | WCM |
| 614 | HITCHIN' A RIDE | PA0001059862 | WCM |
| 615 | HOMESICK | PA0000611727 | WCM |
| 616 | HOPES UP | PA0000704752 | WCM |
| 617 | HOT DOG | PA0000078102 | WCM |
| 618 | HOT PANTS (I'M COMING, COMING, I'M COMING) | EU281849 | WCM |
| 619 | HOTS ON FOR NOWHERE | EU655749 | WCM |
| 620 | HOUSES OF THE HOLY | EU557533 | WCM |
| 621 | HOW MANY MORE TIMES | EU96058 | WCM |
| 622 | HOW YOU REMIND ME | PA0001103818 | WCM |
| 623 | HURRICANE | PA0001989538 | WCM |
| 624 | HUSH A BYE | EP131265 | WCM |
| 625 | I ALMOST LOST MY MIND | EP128484 | WCM |
| 626 | I DID MY BEST | PA0000704752 | WCM |
| 627 | I GOT A WOMAN | EP170962 | WCM |
| 628 | I KNOW YOU RIDER | RE0000519502 | WCM |

| Exhibit | Title | Copyright Registration Number | Plaintiff Group |
|---|---|---|---|
| 629 | I NEED YOUR LOVE TONIGHT | EP128323 | WCM |
| 630 | I SHOULD'VE STAYED IN BED | PA0001814513 | WCM |
| 631 | I WANNA BE SEDATED | PA0000121497 | WCM |
| 632 | I WILL STILL BE LAUGHING | PA0000900649 | WCM |
| 633 | I'VE GOT YOU UNDER MY SKIN | EP57381 | WCM |
| 634 | IF I TOLD YOU | PA0002239086 | WCM |
| 635 | IMMIGRANT SONG | EU212957 | WCM |
| 636 | IN MY BLOOD | PA0002228825 | WCM |
| 637 | IN MY TIME OF DYING | EU557528 | WCM |
| 638 | IN THE EVENING | PA0000078099 | WCM |
| 639 | IN THE EYE | PA0000330894 | WCM |
| 640 | IN THE LIGHT | EU555334 | WCM |
| 641 | IN THE MIDNIGHT HOUR | EP244287 | WCM |
| 642 | IN THE PRESENCE OF ENEMIES PT. I | PA0001596936 | WCM |
| 643 | IN THE STILL OF THE NIGHT | EP64107 | WCM |
| 644 | INTO THE LIGHT | PA0001814513 | WCM |
| 645 | IRONBOUND/FANCY POULTRY | PA0000330892 | WCM |
| 646 | ISSUES | PA0002097379 | WCM |
| 647 | IT'S A MAN'S MAN'S MAN'S WORLD | EU934266 | WCM |
| 648 | IT'S MY PARTY | EP179213 | WCM |
| 649 | IT'S ONLY A PAPER MOON | EP38448 | WCM |
| 650 | IT'S QUIET UPTOWN | PA0001989535 | WCM |
| 651 | JINGLE BELL ROCK | EP113915 | WCM |
| 652 | JINX | PA0001059864 | WCM |
| 653 | JUST GIVE ME A REASON | PA0001849264 | WCM |
| 654 | JUST LIKE ANYONE | PA0000704752 | WCM |
| 655 | KASHMIR | EU557529 | WCM |
| 656 | KEEP IT UP | PA0000611726 | WCM |
| 657 | KICKSTART MY HEART | PA0000440232 | WCM |
| 658 | KING FOR A DAY | PA0001059865 | WCM |
| 659 | LANGUAGE | PA0000330896 | WCM |
| 660 | LAST RIDE IN | PA0001059864 | WCM |
| 661 | LATELY | PA0001338276 | WCM |
| 662 | LET'S ALL KILL EACH OTHER | PA0001814513 | WCM |
| 663 | LIES OF HATE | PAU002386032 | WCM |
| 664 | LIPSTICK ON YOUR COLLAR | EP131355 | WCM |
| 665 | LIVING LOVING MAID (SHE'S JUST A WOMAN) | EP267882 | WCM |
| 666 | LOCATION | PA0002097799 | WCM |
| 667 | LOOKS LIKE RAIN | RE0000899118 | WCM |
| 668 | LOST SAILOR | PA0002377173 | WCM |
| 669 | LOVE IS HERE TO STAY | EP66471 | WCM |
| 670 | LUKA | PA0000330891 | WCM |
| 671 | MAGGIE MAY | EP289799 | WCM |
| 672 | MAKE IT FUNKY (PART 1) | RE0000803821 | WCM |
| 673 | MAN IN THE MIRROR | PA0000343903 | WCM |

| Exhibit | Title | Copyright Registration Number | Plaintiff Group |
|---|---|---|---|
| 674 | MASQUERADE | EU132469 | WCM |
| 675 | MEANT TO BE | PA0002396176 | WCM |
| 676 | MELISSA | EP329620 | WCM |
| 677 | METROPOLIS-PART 1 "THE MIRACLE AND THE SLEEPER" | PA0000669434 | WCM |
| 678 | MISERY | PA0000704752 | WCM |
| 679 | MISTY MOUNTAIN HOP | EP319302 | WCM |
| 680 | MOTHER POPCORN (PARTS 1 & 2) | EU134898 | WCM |
| 681 | MR. LEE | EP112621 | WCM |
| 682 | MY SHOT | PA0001989276 | WCM |
| 683 | NEVER BE THE SAME | PA0002222603 | WCM |
| 684 | NEVER REALLY BEEN | PA0000787289 | WCM |
| 685 | NEW RULES | PA0002091839 | WCM |
| 686 | NEW WORLD | PA0000611729 | WCM |
| 687 | NEW YORK BLACKOUT | PA0000900649 | WCM |
| 688 | NICE GUYS (DON'T GET PAID) | PA0000510329 | WCM |
| 689 | NICE GUYS FINISH LAST | PA0001059862 | WCM |
| 690 | NICE WORK IF YOU CAN GET IT | EP64235 | WCM |
| 691 | NIGHT AND DAY | EP33357 | WCM |
| 692 | NIGHT FLIGHT | EU555330 | WCM |
| 693 | NIGHT VISION | PA0000330893 | WCM |
| 694 | NINE POUND HAMMER | EP98030 | WCM |
| 695 | NO QUARTER | EP316459 | WCM |
| 696 | NO TIME FOR WAITING | PA0000900649 | WCM |
| 697 | NOBODY'S FAULT BUT MINE | EU655751 | WCM |
| 698 | NOTHING TO WRITE HOME ABOUT | PA0000704752 | WCM |
| 699 | ON THE BACKS OF ANGELS | PA0001818251 | WCM |
| 700 | ONE CALL AWAY | PA0002017491 | WCM |
| 701 | ONE LAST TIME | PA0001989530 | WCM |
| 702 | ONE WEEK | PA0001870860 | WCM |
| 703 | OPERATOR | EU223151 | WCM |
| 704 | OUT OF REACH | PA0002284390 | WCM |
| 705 | OUT ON THE TILES | EP319295 | WCM |
| 706 | OVER THE HILLS AND FAR AWAY | EP314551 | WCM |
| 707 | OWNER OF A LONELY HEART | PA0000197315 | WCM |
| 708 | OXYGEN | PA0001338278 | WCM |
| 709 | PALE BLUE DOT | PA0002284357 | WCM |
| 710 | PAPA DON'T TAKE NO MESS | RE0000858167 | WCM |
| 711 | PAPA'S GOT A BRAND NEW BAG (PARTS 1 & 2) | EP204266 | WCM |
| 712 | PARALYZED | PA0002284325 | WCM |
| 713 | PIECE OF MY HEART | EU19125 | WCM |
| 714 | PIPE DREAM | PA0001814513 | WCM |
| 715 | PLATYPUS (I HATE YOU) | PA0001059863 | WCM |
| 716 | PLAYING IN THE BAND | EU285324 | WCM |
| 717 | PLEASE, PLEASE, PLEASE | EP98154 | WCM |

| Exhibit | Title | Copyright Registration Number | Plaintiff Group |
|---|---|---|---|
| 718 | PROSTHETIC HEAD | PA0001059867 | WCM |
| 719 | PUFF (THE MAGIC DRAGON) | EP173578 | WCM |
| 720 | RAMBLE ON ROSE | EU363498 | WCM |
| 721 | RAMBLIN' MAN | EP323654 | WCM |
| 722 | REDBONE | PA0002082553 | WCM |
| 723 | REDUNDANT | PA0001059862 | WCM |
| 724 | REJECT | PA0001059865 | WCM |
| 725 | RIDE | PA0001973977 | WCM |
| 726 | RIGHT NOW | PA0000537321 | WCM |
| 727 | RIPPLE | EP312685 | WCM |
| 728 | ROAR | PA0001861206 | WCM |
| 729 | ROCK AND ROLL | EU301135 | WCM |
| 730 | ROCKIN' INTO THE NIGHT | PA0000120119 | WCM |
| 731 | ROOM 137 | PA0002284398 | WCM |
| 732 | ROW JIMMY | EU439738 | WCM |
| 733 | ROYAL ORLEANS | EU655753 | WCM |
| 734 | RUNAWAY TRAIN | PA0000611725 | WCM |
| 735 | S2N | PA0002284394 | WCM |
| 736 | SATISFIED | PA0001989314 | WCM |
| 737 | SAVE THE LAST DANCE FOR ME | EP145136 | WCM |
| 738 | SAY SOMETHING | PA0002130605 | WCM |
| 739 | SCATTERED | PA0001059863 | WCM |
| 740 | SEALED WITH A KISS | EU627705 | WCM |
| 741 | SEE YOU LATER | PA0000900649 | WCM |
| 742 | SEESAW | EP254204 | WCM |
| 743 | SEND IN THE CLOWNS | EU394972 | WCM |
| 744 | SH BOOM | EP128501 | WCM |
| 745 | SHAKE RATTLE AND ROLL | EP87013 | WCM |
| 746 | SHEENA IS A PUNK ROCKER | EU832801 | WCM |
| 747 | SHIP OF FOOLS | EU502410 | WCM |
| 748 | SHUT DOWN | PA0000704752 | WCM |
| 749 | SICK AGAIN | EU555329 | WCM |
| 750 | SINCE I MET YOU BABY | EP104843 | WCM |
| 751 | SINCE I'VE BEEN LOVING YOU | EP319292 | WCM |
| 752 | SIXTEEN CANDLES | EP126256 | WCM |
| 753 | SIXTEEN REASONS (WHY I LOVE YOU) | EP142000 | WCM |
| 754 | SKYLARK | EP102137 | WCM |
| 755 | SLOWLY RISING | PA0001338278 | WCM |
| 756 | SOLITUDE STANDING | PA0000330887 | WCM |
| 757 | SOMEBODY TO SHOVE | PA0000611723 | WCM |
| 758 | SOMETHING OUT OF NOTHING | PA0000510330 | WCM |
| 759 | SONG REMAINS THE SAME | EP316464 | WCM |
| 760 | SPINNIN' | PA0000510326 | WCM |
| 761 | STAIRWAY TO HEAVEN | EP305686 | WCM |
| 762 | STAND UP AND BE STRONG | PA0001338276 | WCM |

| Exhibit | Title | Copyright Registration Number | Plaintiff Group |
|---|---|---|---|
| 763 | STANDING WATER | PA0001338277 | WCM |
| 764 | STRESSED OUT | PA0001973974 | WCM |
| 765 | STRING OF PEARLS | PA0000704752 | WCM |
| 766 | SUCCESS IS NOT SO SWEET | PA0001338277 | WCM |
| 767 | SUGAR MAMA | PA0002041075 | WCM |
| 768 | Summertime Blues | EP120161 | WCM |
| 769 | SWEETS FOR MY SWEET | EP156416 | WCM |
| 770 | TAKE BACK | PA0001059865 | WCM |
| 771 | TAKE MANHATTAN | PA0001814513 | WCM |
| 772 | TANGERINE | EP319293 | WCM |
| 773 | TEA FOR ONE | EU655750 | WCM |
| 774 | TEENAGER IN LOVE | EP119467 | WCM |
| 775 | TELL ME WHEN | PA0000704755 | WCM |
| 776 | TEN YEARS GONE | EU555331 | WCM |
| 777 | TENNESSEE FLAT TOP BOX | EU684114 | WCM |
| 778 | THANK YOU | EP267879 | WCM |
| 779 | THAT WOULD BE ENOUGH | PA0001989321 | WCM |
| 780 | THAT'S THE WAY | EP319296 | WCM |
| 781 | THE CHRISTMAS SHOES | PA0002269967 | WCM |
| 782 | THE CRUNGE | EU420662 | WCM |
| 783 | THE GAME | PA0000900649 | WCM |
| 784 | THE GREAT EXAGGERATOR | PA0001338278 | WCM |
| 785 | THE GROUCH | PA0001059862 | WCM |
| 786 | THE JUICE | PA0001814513 | WCM |
| 787 | THE OCEAN | EU402448 | WCM |
| 788 | THE ONLY EXCEPTION | PA0001676905 | WCM |
| 789 | THE PARTY'S OVER | EU446823 | WCM |
| 790 | THE PAYBACK | EP332563 | WCM |
| 791 | THE ROOM WHERE IT HAPPENS | PA0001989526 | WCM |
| 792 | THE ROVER | EU557530 | WCM |
| 793 | THE SCHUYLER SISTERS | PA0001989307 | WCM |
| 794 | THE STREETS | PA0001814513 | WCM |
| 795 | THE SUN MAID | PA0000611734 | WCM |
| 796 | THE WANTON SONG | EU555333 | WCM |
| 797 | THERE'S NOTHING HOLDING ME BACK | PA0002082169 | WCM |
| 798 | THESE EYES | EFO-138549 | WCM |
| 799 | THEY CAN'T TAKE THAT AWAY FROM ME | R327846 | WCM |
| 800 | THINK (ABOUT IT) | EP306323 | WCM |
| 801 | TO MY OWN DEVICES | PA0000704752 | WCM |
| 802 | TOM'S DINER | PA0000330888 | WCM |
| 803 | TOP OF THE WORLD | PA0000537323 | WCM |
| 804 | TRAMPLED UNDER FOOT | EU557531 | WCM |
| 805 | TRAVELLER | PA0002004150 | WCM |
| 806 | TRAVELLING RIVERSIDE BLUES | EU585606 | WCM |

| Exhibit | Title | Copyright Registration Number | Plaintiff Group |
|---|---|---|---|
| 807 | TRUE LOVE | EP100044 | WCM |
| 808 | TRY ME | EP123338 | WCM |
| 809 | UNCLE JOHN'S BAND | EU203889 | WCM |
| 810 | UNDER A GLASS MOON | PA0000669434 | WCM |
| 811 | UNTETHERED ANGEL | PA0002284339 | WCM |
| 812 | UPTIGHT | PA0001059864 | WCM |
| 813 | UPTOWN FUNK | PA0001974777 | WCM |
| 814 | USE SOMEBODY | PA0002186614 | WCM |
| 815 | VEIL OF TEARS | PA0000510328 | WCM |
| 816 | VIPER KING | PA0002284348 | WCM |
| 817 | WAIT FOR IT | PA0001989317 | WCM |
| 818 | WALKING ALONE | PA0001059865 | WCM |
| 819 | WALTER'S WALK | PAU000453658 | WCM |
| 820 | WASHINGTON ON YOUR SIDE | PA0001989529 | WCM |
| 821 | WE 3 | PA0000510336 | WCM |
| 822 | WHAT AM I LIVING FOR | EP120100 | WCM |
| 823 | WHAT IS AND WHAT SHOULD NEVER BE | EP267877 | WCM |
| 824 | WHAT'D I MISS? | PA0001989331 | WCM |
| 825 | WHAT'D I SAY | EP153511 | WCM |
| 826 | WHAT'LL YOU RAISE? | PA0000298982 | WCM |
| 827 | WHATCHA NEED | PA0001338277 | WCM |
| 828 | WHEN I FALL IN LOVE | EP63472 | WCM |
| 829 | WHEN THE LEVEE BREAKS | EU301134 | WCM |
| 830 | WHO CARES? (SO LONG AS YOU CARE FOR ME) | EP27313 | WCM |
| 831 | WHOLE LOTTA LOVE | EP267876 | WCM |
| 832 | WITHOUT A TRACE | PA0000611731 | WCM |
| 833 | WOODEN HEART | EP147359 | WCM |
| 834 | WOODEN HORSE (CASPAR HAUSER'S SONG) | PA0000330886 | WCM |
| 835 | WORRY ROCK | PA0001059863 | WCM |
| 836 | YOU DON'T OWN ME | EU797176 | WCM |
| 837 | YOU WEAR IT WELL | EP302963 | WCM |
| 838 | YOU'LL BE BACK | PA0001989309 | WCM |
| 839 | YOUR TIME IS GONNA COME | EP339002 | WCM |