**OPPENHEIM + ZEBRAK, LLP**
Matthew J. Oppenheim
Nicholas C. Hailey
Corey Miller
(*pro hac vice* applications to follow)
4530 Wisconsin Ave., NW, 5th Floor
Washington, DC 20016
Telephone: (202) 480-2999
matt@oandzlaw.com
nick@oandzlaw.com
corey@oandzlaw.com

Jennifer Pariser
Carly K. Rothman
Bret Matera
(*pro hac vice* applications to follow)
461 5th Avenue, 19th Floor
New York, NY 10017
Telephone: (212) 951-1156
jpariser@oandzlaw.com
carly@oandzlaw.com
bmatera@oandzlaw.com

**PRYOR CASHMAN LLP**
Benjamin S. Akley (SBN 278506)
1901 Avenue of the Stars, Suite 900
Los Angeles, California 90067
Telephone: (310) 683-6641
bakley@pryorcashman.com

*Attorneys for Plaintiffs*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

| | |
|---|---|
| SONY MUSIC PUBLISHING (US) LLC, WARNER CHAPPELL MUSIC, INC., ET AL.,<br><br>Plaintiffs,<br><br>v.<br><br>ANTHROPIC PBC, ET AL.<br><br>Defendant. | **THE SONY MUSIC PUBLISHING PLAINTIFFS' CORPORATE DISCLOSURE STATEMENT AND CONFLICTS CERTIFICATION** |

Pursuant to Federal Rule of Civil Procedure 7.1, the Sony Music Publishing Plaintiffs disclose the following:

Sony Music Publishing (US) LLC, Colgems-EMI Music Inc., Combine Music Corp., EMI April Music Inc., EMI Blackwood Music Inc., EMI Consortium Music Publishing, Inc., EMI Consortium Songs, Inc., EMI Entertainment World Inc., EMI Feist Catalog Inc., EMI Gold

Horizon Music Corp., EMI Robbins Catalog Inc., EMI U Catalog, Inc., EMI UNART Catalog, Inc., Entertainment World Music Inc., Famous Music LLC, Hipgnosis Songs Group LLC, Jobete Music Co., Inc., Screen Gems-EMI Music Inc., and Stone Diamond Music Corp. are wholly-owned indirect subsidiaries of Sony Group Corporation, a publicly traded company organized under the laws of Japan.

Hipgnosis SC I (Delaware) L.P., Hipgnosis SC II (Delaware) L.P., Lyra SA (Delaware) L.P., Lyra SC III (Delaware) L.P., and SMG-Three LLC are partially-owned indirect subsidiaries of Sony Group Corporation. No publicly traded company other than Sony Group Corporation owns more than ten percent (10%) of the stock of Hipgnosis SC I (Delaware) L.P., Hipgnosis SC II (Delaware) L.P., Lyra SA (Delaware) L.P., Lyra SC III (Delaware) L.P., and SMG-Three LLC.

Sakura Melody LLC has a financial interest in Hipgnosis SC I (Delaware) L.P., Hipgnosis SC II (Delaware) L.P., Lyra SA (Delaware) L.P., Lyra SC III (Delaware) L.P., and SMG-Three LLC.

Pursuant to Civil L.R. 3-15, the undersigned certifies that the following listed persons, associations of persons, firms, partnerships, corporations (including, but not limited to, parent corporations), or other entities (i) have a financial interest in the subject matter in controversy or in a party to the proceeding, or (ii) have a nonfinancial interest in that subject matter or in a party that could be substantially affected by the outcome of this proceeding:

- Sony Group Corporation
- Sakura Melody LLC

The undersigned is presently unaware of any other parties that must be disclosed pursuant to Rule 7.1 of the Federal Rules of Civil Procedure or Civil L.R. 3-15.

Dated:

Respectfully submitted,

<u>*/s/Benjamin S. Akley*</u>

Dated: August 28, 2026

**OPPENHEIM + ZEBRAK, LLP**
Matthew J. Oppenheim
Nicholas C. Hailey
Corey Miller
(*pro hac vice* applications to follow)
4530 Wisconsin Ave., NW, 5th Floor
Washington, DC 20016
Telephone: (202) 480-2999
matt@oandzlaw.com
nick@oandzlaw.com
corey@oandzlaw.com

Jennifer Pariser
Carly K. Rothman
Bret Matera
(*pro hac vice* applications to follow)
461 5th Avenue, 19th Floor
New York, NY 10017
Telephone: (212) 951-1156
jpariser@oandzlaw.com
carly@onadzlaw.com
bmatera@oandzlaw.com

**PRYOR CASHMAN LLP**
Benjamin S. Akley (SBN 278506)
1901 Avenue of the Stars, Suite 900
Los Angeles, California 90067
Telephone: (310) 683-6641
bakley@pryorcashman.com

*Attorneys for Plaintiffs*