**OPPENHEIM + ZEBRAK, LLP**
Matthew J. Oppenheim
Nicholas C. Hailey
Corey Miller
(*pro hac vice* applications to follow)
4530 Wisconsin Ave., NW, 5th Floor
Washington, DC 20016
Telephone: (202) 480-2999
matt@oandzlaw.com
nick@oandzlaw.com
corey@oandzlaw.com

Jennifer Pariser
Carly K. Rothman
Bret Matera
(*pro hac vice* applications to follow)
461 5th Avenue, 19th Floor
New York, NY 10017
Telephone: (212) 951-1156
jpariser@oandzlaw.com
carly@oandzlaw.com
bmatera@oandzlaw.com

**PRYOR CASHMAN LLP**
Benjamin S. Akley (SBN 278506)
1901 Avenue of the Stars, Suite 900
Los Angeles, California 90067
Telephone: (310) 683-6641
bakley@pryorcashman.com

*Attorneys for Plaintiffs*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

SONY MUSIC PUBLISHING (US) LLC, WARNER CHAPPELL MUSIC, INC., ET AL.,

Plaintiffs,

v.

ANTHROPIC PBC, ET AL.

Defendant.

**THE WARNER CHAPPELL PLAINTIFFS' CORPORATE DISCLOSURE STATEMENT AND CONFLICTS CERTIFICATION**

Pursuant to Federal Rule of Civil Procedure 7.1, the Warner Chappell Plaintiffs disclose the following:

Warner Chappell Music, Inc., Cotillion Music, Inc., Gene Autry's Western Music Publishing Co., Intersong U.S.A., Inc., Ridgeway Music Co., Inc., Rightsong Music Inc., Unichappell Music Inc., W Chappell Music Corp. d/b/a WC Music Corp., W.C.M. Music Corp.,

Walden Music Inc., and Warner-Tamerlane Publishing Corp. are wholly-owned indirect subsidiaries of Warner Music Group Corp., which is a publicly traded company. AI Entertainment Holdings LLC and certain of its affiliates own more than 10% of Warner Music Group Corp.'s stock.

Pursuant to Civil L.R. 3-15, the undersigned certifies that the following listed persons, associations of persons, firms, partnerships, corporations (including, but not limited to, parent corporations), or other entities (i) have a financial interest in the subject matter in controversy or in a party to the proceeding, or (ii) have a nonfinancial interest in that subject matter or in a party that could be substantially affected by the outcome of this proceeding:

- Warner Music Group Corp.
- AI Entertainment Holdings LLC

The undersigned is presently unaware of any other parties that must be disclosed pursuant to Rule 7.1 of the Federal Rules of Civil Procedure or Civil L.R. 3-15.

Dated: August 28, 2026

Respectfully submitted,

/s/Benjamin S. Akley

**OPPENHEIM + ZEBRAK, LLP**
Matthew J. Oppenheim
Nicholas C. Hailey
Corey Miller
(*pro hac vice* applications to follow)
4530 Wisconsin Ave., NW, 5th Floor
Washington, DC 20016
Telephone: (202) 480-2999
matt@oandzlaw.com
nick@oandzlaw.com
corey@oandzlaw.com

Jennifer Pariser
Carly K. Rothman
Bret Matera
(*pro hac vice* applications to follow)
461 5th Avenue, 19th Floor
New York, NY 10017
Telephone: (212) 951-1156
jpariser@oandzlaw.com
carly@onadzlaw.com
bmatera@oandzlaw.com

**PRYOR CASHMAN LLP**
Benjamin S. Akley (SBN 278506)
1901 Avenue of the Stars, Suite 900
Los Angeles, California 90067
Telephone: (310) 683-6641
bakley@pryorcashman.com

*Attorneys for Plaintiffs*