**OPPENHEIM + ZEBRAK, LLP**
Matthew J. Oppenheim
Nicholas C. Hailey
Corey Miller
(*pro hac vice* applications pending)
4530 Wisconsin Ave., NW, 5th Floor
Washington, DC 20016
Telephone: (202) 480-2999
matt@oandzlaw.com
nick@oandzlaw.com
corey@oandzlaw.com

Jennifer Pariser
Carly K. Rothman
Bret Matera
(*pro hac vice* applications pending)
461 5th Avenue, 19th Floor
New York, NY 10017
Telephone: (212) 951-1156
jpariser@oandzlaw.com
carly@oandzlaw.com
bmatera@oandzlaw.com

**PRYOR CASHMAN LLP**
Benjamin S. Akley (SBN 278506)
1901 Avenue of the Stars, Suite 900
Los Angeles, California 90067
Telephone: (310) 683-6641
bakley@pryorcashman.com

*Attorneys for Plaintiff Music Publishers*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

SONY MUSIC PUBLISHING (US) LLC, WARNER CHAPPELL MUSIC, INC., ET AL.,

Plaintiffs,

v.

ANTHROPIC PBC, ET AL.

Defendant.

Case Number: 3:26-cv-09217

**NOTICE OF FILING OF ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED**

On August 31, 2026, Plaintiffs Sony Music Publishing (US) LLC, Colgems-EMI Music Inc., Combine Music Corp., EMI April Music Inc., EMI Blackwood Music Inc., EMI Consortium Music Publishing, Inc., EMI Consortium Songs, Inc., EMI Entertainment World Inc. d/b/a EMI Pop Music Publishing, EMI Feist Catalog Inc., EMI Gold Horizon Music Corp., EMI Robbins Catalog Inc., EMI U Catalog, Inc., EMI UNART Catalog, Inc., Entertainment World Music Inc., Famous Music LLC, Hipgnosis SC I (Delaware) L.P., Hipgnosis SC II (Delaware) L.P., Hipgnosis Songs Group LLC, Jobete Music Co., Inc., Lyra SA (Delaware) L.P., Lyra SC III (Delaware) L.P., Screen Gems-EMI Music Inc., SMG-Three LLC, Stone Diamond Music Corp., Warner Chappell Music, Inc., Cotillion Music, Inc., Gene Autry's Western Music Publishing Co., Intersong U.S.A., Inc., Ridgeway Music Co., Rightsong Music Inc., Unichappell Music Inc., W Chappell Music Corp. d/b/a WC Music Corp., W.C.M. Music Corp., Walden Music Inc., and Warner-Tamerlane Publishing Corp. (collectively, the "Music Publishers") filed a motion for administrative relief in *Concord Music Group et al. v. Anthropic PBC*, Case No. 5:24-cv-03811-EKL-SVK (N.D. Cal.) ("*Concord I*") to consider whether *Sony Music Publishing (US) LLC, Warner Chappell Music, Inc. et al. v. Anthropic PBC, et al.*, Case No. 5:26-cv-09217 (N.D. Cal., filed Aug. 28, 2026) (the "*Sony* Action") should be related to *Cocnord I, Concord Music Group, Inc., et al. v. Anthropic PBC, et al.*, Case No. 5:26-cv-00880-EKL-SVK (N.D. Cal), and *BMG Rights Management (US) LLC v. Anthropic PBC*, No. 3:26-cv-02334-EKL-SVK (N.D. Cal.).

For the Court's convenience, Music Publishers attach their motion to relate the *Sony* Action to *Concord I* as Exhibit A to this notice.

Dated: August 31, 2026

Respectfully submitted,

<u>*/s/ Benjamin S. Akley*</u>

**OPPENHEIM + ZEBRAK, LLP**
Matthew J. Oppenheim
Nicholas C. Hailey
Corey Miller
(*pro hac vice* applications pending)
4530 Wisconsin Ave., NW, 5th Floor
Washington, DC 20016
Telephone: (202) 480-2999
matt@oandzlaw.com
nick@oandzlaw.com
corey@oandzlaw.com

Jennifer Pariser
Carly K. Rothman
Bret Matera
(*pro hac vice* applications pending)
461 5th Avenue, 19th Floor
New York, NY 10017
Telephone: (212) 951-1156
jpariser@oandzlaw.com
carly@oandzlaw.com
bmatera@oandzlaw.com

**PRYOR CASHMAN LLP**
Benjamin S. Akley (SBN 278506)
1901 Avenue of the Stars, Suite 900
Los Angeles, California 90067
Telephone: (310) 683-6641
bakley@pryorcashman.com

*Attorneys for Plaintiff Music Publishers*